842

No. 272. BEASLEY ET AL. *v.* MCFADDIN ET AL. C. A. 5th Cir. Certiorari denied. *Richard H. Cocke* for petitioners. *Major T. Bell, George A. Weller,* and *Ewell Strong* for respondents.

No. 267. JOHNSON *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *William H. Oltarsh* for petitioner. *Frank S. Hogan, Michael Juviler,* and *Michael R. Stack* for respondent.

No. 283. HANNAH ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joe Stamper* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 285. GENERAL TIRE & RUBBER Co. *v.* ISOCYANATE PRODUCTS, INC. C. A. 3d Cir. Certiorari denied. *John T. Kelton, Herbert Blecker,* and *Arthur G. Connolly, Jr.,* for petitioner. *C. Walter Mortenson, Charles A. Weigel, Jr., Virgil E. Woodcock,* and *John J. Mackiewicz* for respondent.

No. 287. AMERICAN PIPE & CONSTRUCTION Co. *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *Norbert A. Schlei* and *George W. Jansen* for petitioner. *William H. Ferguson* and *Charles S. Burdell* for respondents. [See No. 516, Misc., *supra,* p. 817.]

No. 288. JEFFERSON CONSTRUCTION Co. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Philip M. Cronin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *John C. Eldridge* for the United States.